UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CV-178-MOC

| | |
|---|---|
| THOMAS ADRIAN GEVEDON, | ) |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on a Consent Motion to Remand, (Doc. No. 16), filed by Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). The motion is **GRANTED**.

This Court hereby **REVERSES** the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Acting Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Moreover, Plaintiff's Motion for Summary Judgment, (Doc. No. 13), is **DENIED** as moot.

**IT IS SO ORDERED**.

Signed: March 25, 2022

Max O. Cogburn Jr
United States District Judge