UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-178-MOC

| | |
|---|---|
| THOMAS GEVEDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) in the amount of $14,000. (Doc. No. 21). Defendant filed a response to the motion, noting that under Gisbrecht v. Barnhart, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. (Doc. No. 22). The Court finds that the requested amount is reasonable.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $14,000. Payment shall be sent to Charlotte W. Hall, at her office at P.O. Box 58129, Raleigh, North Carolina 27658. Counsel shall then refund to Plaintiff the smaller award between this amount and the amount of $5,300 counsel previously received under the EAJA.

Signed: June 9, 2023

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge